■   Daniel C. McConnell, Appellant, v Frederick Nabozny et al., Respondents, et al., Defendants.

Present — Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.